TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 01 2024 ★



APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

LONG ISLAND OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES

CR-24 178 

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

-v.-
DEVIN ANTHONY MAGARIAN

24-CR-_____
Docket Number

**CHOUDHURY, J.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: KAITLIN MCTAGUE
Firm Name: USAO-EDNY
Address: 610 FEDERAL PLAZA
CENTRAL ISLIP, NY
Phone Number: 631-715-7878 / 929-489-6590
E-Mail Address: KAITLIN.MCTAGUE@USDOJ.GOV

LOCKE, M. J.

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

ONGOING INVESTIGATION

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO ✓
If yes, state description of document to be entered on docket sheet:

DATED: ~~Brooklyn~~ Central Islip , NEW YORK
5/1/24

/s/ Steven Tiscione

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE _____
DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

05/01/2024
DATE

*Kaitlin C. McTague*
SIGNATURE