

U.S. Department of Justice

United States Attorney
Eastern District of New York

KCM
F. #2024R00194

271 Cadman Plaza East
Brooklyn, New York 11201

July 5, 2024

By E-mail and ECF

Tracey Gaffey
Federal Defenders of New York

      Re:    United States v. Devin Anthony Magarian
                 Criminal Docket No. 24-178 (NJC)

Dear Ms. Gaffey:

      The government writes in response to our discussions and in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also requests reciprocal discovery from the defendant. Today's production supplements the government's prior productions in this matter.

      Please find enclosed approximately 24 files regarding Cell Site data relevant to this matter.

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

                         Very truly yours,

                         BREON PEACE
                         United States Attorney

           By:   /s/ Kaitlin C. McTague
                Kaitlin C. McTague
                Assistant U.S. Attorney
                (631) 715-7878

Enclosures

cc:    Clerk of the Court (NJC) (by ECF) (without enclosures)